# United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Lilia Hovhannisyan

**BANKRUPTCY NO.**  2:15–bk–19738–SK

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–9018
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 8/27/15

**Address:**
4846 La Crescenta Ave
La Crescenta, CA 91214–2941

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: August 27, 2015

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**14 / TDM**