United States Bankruptcy Court
Central District of California

In re:                                                                   Case No. 15-19738-SK
Lilia Hovhannisyan                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: tmayC              Page 1 of 1           Date Rcvd: Aug 27, 2015
                              Form ID: van150          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2015.
```
db             Lilia Hovhannisyan,    4846 La Crescenta Ave,    La Crescenta, CA  91214-2941
smg            Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
36376891       California TD Specialists,    8190 E Kaiser Blvd,    Anaheim, CA 92808-2215
36376892       Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
36376893       Experian,   Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
36463900      +FCI Lender Services, Inc.,    PO Box 27370,    Anaheim Hills, CA 92809-0112
36376896     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage,     350 Highland Dr,    Lewisville, TX 75067)
36376897      +Trans Union Corporation,    Attn: Public Records Department,    555 W Adams St,
                Chicago, IL 60661-3631
36376898       Transunion Consumer Relations,    PO Box 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            EDI: EDD.COM Aug 28 2015 01:53:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Aug 28 2015 01:53:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA  95812-2952
36376894       EDI: CALTAX.COM Aug 28 2015 01:53:00      Franchise Tax Board,    Personal Bankruptcy MS A340,
               PO Box 2952,    Sacramento, CA 95812-2952
36376895       EDI: IRS.COM Aug 28 2015 01:53:00      Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             American Estate & Trust F.B.O Glen Gilera
intp           Courtesy NEF
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2015 at the address(es) listed below:
```
              Kathy A Dockery (TR)    efiling@CH13LA.com
              Michelle R Ghidotti    on behalf of Interested Party   Courtesy NEF mghidotti@ghidottilaw.com,
               ECFNotifications@ghidottilaw.com
              Michelle R Ghidotti    on behalf of Creditor    American Estate & Trust F.B.O Glen Gilera
               mghidotti@ghidottilaw.com, ECFNotifications@ghidottilaw.com
              Scott Kosner    on behalf of Debtor Lilia  Hovhannisyan scottK@tysonfirm.com,
               albert@tysonfirm.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

**United States Bankruptcy Court**
**Central District Of California**

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Lilia Hovhannisyan

**BANKRUPTCY NO.** 2:15-bk-19738-SK

**CHAPTER** 13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):   xxx-xx-9018
Employer Tax-Identification (EIN) No(s).(if any):   N/A
**Debtor Dismissal Date:** 8/27/15

**Address:**
4846 La Crescenta Ave
La Crescenta, CA 91214-2941

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: August 27, 2015

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN-150) Rev. 03/09

**14 / TDM**